**No. 10-431. Kyle Rainey, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

562 U.S. 1286, 131 S. Ct. 1673, 179 L. Ed. 2d 615, 2011 U.S. LEXIS 2217.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 603 F.3d 189.

**No. 10-648. Foundation of Human Understanding, Petitioner v. United States.**

562 U.S. 1286, 131 S. Ct. 1676, 179 L. Ed. 2d 615, 2011 U.S. LEXIS 2237.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 614 F.3d 1383.

**No. 10-677. Calvin David Fox, Petitioner v. The Florida Bar.**

562 U.S. 1286, 131 S. Ct. 1676, 179 L. Ed. 2d 615, 2011 U.S. LEXIS 2376, ▮

March 21, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 44 So. 3d 107.

**No. 10-768. Aftermath Records, dba Aftermath Entertainment, et al., Petitioners v. F.B.T. Productions, LLC, et al.**

562 U.S. 1286, 131 S. Ct. 1677, 179 L. Ed. 2d 615, 2011 U.S. LEXIS 2255, ▮

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 621 F.3d 958.

**No. 10-770. Mylan Inc., et al., Petitioners v. Daiichi Sankyo Company, Ltd., et al.**

562 U.S. 1286, 131 S. Ct. 1678, 179 L. Ed. 2d 615, 2011 U.S. LEXIS 2253.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 619 F.3d 1346.

**No. 10-776. Anh Joseph Cao, et al., Petitioners v. Federal Election Commission.**

562 U.S. 1286, 131 S. Ct. 1718, 179 L. Ed. 2d 615, 2011 U.S. LEXIS 2355.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-785. Megan Krainski, Petitioner v. Nevada ex rel. Board of Regents of the Nevada System of Higher Education, on Behalf of the University of Nevada, Las Vegas, et al.**

562 U.S. 1286, 131 S. Ct. 1678, 179 L. Ed. 2d 615, 2011 U.S. LEXIS 2267.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 616 F.3d 963.